242 So.2d 578

**Succession of Mary Gertrude BUVENS.**

**No. 51068.**

Jan. 18, 1971.

On the facts found by the Court of Appeal, the result is correct.

242 So.2d 578

**Succession of Leo HEYMANN.**

**No. 51090.**

Jan. 18, 1971.

Not timely filed.